**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KATHY BUTLER                                                                                             PLAINTIFF

v.                                         NO. 2:15CV00124-JLH-BD

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

### ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Commissioner's decision is affirmed, and Ms. Butler's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED this 12th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE