IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KATHY BUTLER                                                                                          PLAINTIFF

v.                              NO. 2:15-CV-124-JLH-BD

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 12th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE